Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000706
31-AUG-2018
08:18 AM

NO. CAAP-17-0000706

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THOMAS I. McKNEW, IV., and LISA A. McKNEW,
individually and as Trustees of the
McKnew Family Trust dated May 21, 2004,
Judgment Creditors-Appellees,

v.

DAVID A. WILSON,
Judgment Debtor-Appellant,

and

HAWAIIAN ISLANDS REGIONAL CENTER, LLC,
and REGENCY NAMAKUA LLC,
Third-Party Witnesses-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 13-1-0591 DEO)


ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice filed on August 20, 2018, pursuant to Rule 42(b) of the Hawaii Rules of Appellate Procedure and the record, it appears that (1) the appeal has been docketed; (2) the stipulation is dated and signed by counsel for all parties; and (3) the parties agree to bear their own attorneys' costs and fees.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal With Prejudice is approved and the appeal

is dismissed.  The parties shall bear their own attorneys' costs and fees.

DATED: Honolulu, Hawai'i, August 31, 2018.

Presiding Judge

Associate Judge

Associate Judge